Case #07 CIV 5955

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] in a civil action | June 26, 2007 at 12:55 PM |
| NAME OF SERVER (PRINT)  Charles Kastner | TITLE  Process Server |

*Check one box below to indicate appropriate method of service*

| xx | Served personally upon the defendant. Place where served: Rose-Ann Weinstein, an individual   c/o Rotunda Realty Corp. 495 Broadway, 7th Fl. New York, NY 10012 |
|---|---|
| xx | Left copies thereof at the defendant's ~~dwelling house or usual place of abode~~ place of business with a person of suitable age and discretion then residing therein   Name of person with whom the summons and complaint were left: Rowena Reyes - Co-worker   Desc: Light Brown Female, Black Hair, 32yrs., 5'4, 125 lbs. |
| ☐ | Returned unexecuted: Mailing a copy personal and confidential on June 27, 2007 |
| ☐ | Other (specify): |

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   June 27, 2007
Date

Signature of Server

LYNN M. TRANQUELLINO
Notary Public, State of New York
No ITR4-?1219
Qualified in Nassau County
Commission Expires August 1, 2010

Charles Kastner - #957455
Valley Stream, NY
Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Case #07 CIV 5955

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] in a civil action | DATE<br>June 26, 2007 at 12:55 PM |
| NAME OF SERVER (PRINT)<br>Charles Kastner | TITLE<br>Process Server |

Check one box below to indicate appropriate method of service

[xx] Served personally upon the defendant. Place where served: c/o Rotunda Realty Corp. 495 Broadway, 7th Fl. New York, NY 10012
Rose-Ann Weinstein, an individual

[xx] Left copies thereof at the defendant's place of business ~~dwelling house or usual place of abode~~ with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Rowena Reyes - Co-worker
Desc: Light Brown Female, Black Hair, 32yrs., 5'4, 125 lbs.

[ ] Returned unexecuted: _____ Mailing a copy personal and confidential on June 27, 2007

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    June 27, 2007                    _[signature]_
              Date                              Signature of Server

LYNN M. TRANQUELLINO
Notary Public ... of ... York
Qual... ...
Commission Expires August 1, 2010

_[signature: Lynn M. Tranquellino]_

Charles Kastner - #957455
Valley Stream, NY
Address of Server

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Rev. 8/01) Summons in a Civil Action                                Case #07 CIV 5955

## RETURN OF SERVICE

Service of the Summons and complaint was made by me⁽¹⁾ in a civil action

DATE: June 26, 2007   at   12:55 PM

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Charles Kastner | Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: c/o Rotunda Realty Corp. 495 Broadway, 7th Fl., New York, NY 10012

Sonia Essenbag, an individual

☒ Left copies thereof at the defendant's place of business ~~dwelling house or usual place of abode~~ with a person of suitable age and discretion then residing therein

Name of person with whom the summons and complaint were left: Rowena Reyes - Co-worker

Desc: Light Brown Female, Black Hair, 32 yrs., 5'4, 125 lbs.

☐ Returned unexecuted:

Mailing a copy personal and confidential on 6/27/07

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   June 27, 2007
              Date                        Signature of Server

Charles Kastner - #957455
Valley Stream, NY
Address of Server

LYNN M. TRANQUELLINO
Notary Public, State of New York
No 1TR[illegible]1219
Qualified in Nassau County
Commission Expires August 1, 2010

*Lynn M. Tranquellino.*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Case #07 CIV 5955

(Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me(1) in a civil action

DATE: June 26, 2007 at 12:55 PM

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Charles Kastner | Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant  Place where served: c/o Rotunda Realty Corp. 495 Broadway, 7th Fl., New York, NY 10012

Sonia Essenbag, an individual

☒ Left copies thereof at the defendant's place of business with a person of suitable age and discretion then residing therein

Name of person with whom the summons and complaint were left: Rowena Reyes - Co-worker

Desc: Light Brown Female, Black Hair, 32 yrs., 5'4, 125 lbs.

☐ Returned unexecuted:

Mailing a copy personal and confidential on 6/27/07

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on June 27, 2007

*Signature of Server*

Charles Kastner - #957455

Valley Stream, NY

*Address of Server*

LYNN M. TRANQUELLINO
Notary Public, State of New York
[illegible]
Qualified in Nassau County
Commission Expires August 1, 2010

*Lynn M. Tranquellino*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

◊AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> in a civil case | DATE June 26, 2007 at 12:55 PM |
| NAME OF SERVER *(PRINT)* Charles Kastner | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 495 Broadway, 7th Fl. New York, nY 10012

Rotunda Realty Corp.

☒ Left copies thereof at the defendant's ~~dwelling house or usual place of abode~~ place of business with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Rowena Reyes, Managing Agent, a person Authorized to Accept

Desc: Light Brown Female, Black Hair, 32 yrs., 5'4, 125 lbs.

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on june 27, 2007
         Date

Signature of Server

Charles Kastner
Valley Stream, NY 11580 (?) 957455
Address of Server

LYNN M. TRANQUELLINO
Notary Public, State of New York
No. ITR5031219
Qualified in Nassau County
Commission Expires August 1, 2010

*[signature: Lynn M. Tranquellino]*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> in a civil case | June 26, 2007 at 12:55 PM |
| NAME OF SERVER (PRINT) Charles Kastner | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

[x] Served personally upon the defendant. Place where served: 495 Broadway, 7th Fl. New York, NY 10012

Rotunda Realty Corp.

[x] Left copies thereof at the defendant's place of business ~~dwelling house or usual place of abode~~ with a person of suitable age and discretion then residing therein

Name of person with whom the summons and complaint were left: Rowena Reyes, Managing Agent, a person
Desc: Light Brown Female, Black Hair, 32 yrs., 5'4, 125 lbs. Authorized to Accept

[ ] Returned unexecuted:

[ ] Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on June 27, 2007
_____
Signature of Server

Charles Kastner
Valley Stream, NY 957455
_____
Address of Server

LYNN M. TRANQUELLINO
Notary Public, State of New York
No. 1TR5031219
Qualified in Nassau County
Commission Expires August 1, 2010

*Lynn M. Tranquellino* (signature)

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure