UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
JOSE MOLINA HERNANDEZ, on his own behalf and
Others similarly situated,

          07CV5955 (JGK)

      Plaintiff,

          STIPULATION

-against-

ROTUNDA REALTY CORP.,
SONIA ESSEBAG, an individual, and
ROSE-ANN WEINSTEIN, and individual,

      Defendants.
---------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for all parties that Defendants Rotunda Realty Corp.'s and Rose-Ann Weinstein's, time to answer or otherwise respond to the Complaint in the above-captioned action is adjourned from July 16, 2007 through and until July 27, 2007.

Dated: New York, New York
      July 16, 2007

| FEDER, KASZOVITZ, ISAACSON, WEBER, SKALA, BASS & RHINE, LLP | HELEN F. DALTON AND ASSOC. P.C. |
|---|---|
| By: _____ David Sack (DS-6532) 750 Lexington Avenue New York, New York 10022 Telephone: (212) 888-8200 | By: _____ ( - ) 69-12 Austin Street Forest Hills, New York 11375 Telephone: (718) 263 9591 |
| Attorney for the Defendants | Attorneys for the Plaintiff |

1