UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X
JOSE MOLINA HERNANDEZ, on his own behalf and :
others similarly situated :
: 07CIV5955 (JGK)
                                  Plaintiff :
:
     -against- :
:
ROTUNDA REALTY CORP., :
SONIA ESSENBAG, an individual, :
and ROSE-ANN WEINSTEIN, an individual, :
:
                             Defendants. :
:
----------------------------------------------------------------X

## RULE 7.1 STATEMENT

       Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9], and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants Rotunda Realty Corp. and Rose-Ann Weinstein, private non-governmental parties, certifies that the following are corporate parents, affiliates and/or subsidiaries of said parties, which are publicly held.

       NONE.

Dated: New York, New York
       July 26, 2007

                                FEDER, KASZOVITZ, ISAACSON,
                                WEBER, SKALA, BASS & RHINE LLP


                                By: /s/ Gabriel Kaszovitz
                                    Gabriel Kaszovitz (GK-3225)
                                    David Sack (DS-6532)
                                750 Lexington Avenue
                                New York, New York 10022
                                Telephone: (212) 888-8200
                                Attorneys for Defendants
                                Rotunda Realty Corp. and
                                Rose-Ann Weinstein.