UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
JOSE MOLINA HERNANDEZ, on his own behalf and
others similarly situated,

          07CIV5955 (JGK)

          Plaintiffs,

          STIPULATION

- against -

ROTUNDA REALTY CORP., SONIA ESSENBAG, an
individual, and ROSE-ANN WEINSTEIN, an individual,

          Defendants.
---------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by all parties that the conference before the Court scheduled for Thursday, August 30, 2007 at 4:30 p.m. be adjourned to October 15, 2007 at 4:30 p.m. or such other date and time as the Court shall direct.

Dated: New York, New York
      August 15, 2007

FEDER, KASZOVITZ, ISAACSON,
  WEBER, SKALA, BASS & RHINE, LLP

By: _____
Gabriel Kaszovitz (GK-1332)
750 Lexington Avenue
New York, New York 10022
Tel. (212) 888-8200
Attorneys for the Defendants
Rotunda Realty Corp. and Rose-Ann Weinstein

HELEN F. DALTON AND ASSOC., P.C.

By: _____
Roman Avshalumov (RA-5509)
69-12 Austin Street
Forest Hills, New York 11375
Tel. (718) 263-9591
Attorney for the Plaintiff

R:\WPDOC\pb\Rotunda\Stipulation.doc