UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - :

Hernandez
Plaintiff(s)

- against -

Rotunda Realty Corp
Defendant(s)

- - - - - - - - - - - - - - - - - - :

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/07

CONSENT TO PROCEED BEFORE
UNITED STATES MAGISTRATE JUDGE

07 civ. 5955 (JGK) GWG

IT IS HEREBY STIPULATED by the undersigned:

1. All parties consent, pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, that a United States Magistrate Judge conduct all further proceedings in this action, including any trial and entry of final judgment.

2. Any appeal from a judgment entered in this case will lie to the Court of Appeals for the Second Circuit as from any other judgment of the district court pursuant to 28 U.S.C. § 636(c)(3) and Fed. R. Civ. P. 73(c).

[signature]
Attorney(s) for Plaintiff(s),
Address 6912 Austin Street
Forest Hills, NY 11375
Telephone 718.262.9591

Feder Kaszovitz, et al
[signature] Gabriel Kaszovitz
Attorney(s) for Defendant(s)
Address 750 Lexington Ave, NYC 10022-1200
Telephone (212) 888-8200 x311

Attorney(s) for _____
Address
Telephone

Attorney(s) for _____
Address
Telephone

(Separately executed forms may be submitted. See Fed. R. Civ. P. 73(b)).

SO ORDERED.

10/15/07

[signature] G. Koeltl
U.S.D.J.

Magistrate Judge _____ was assigned this case on _____
19__

For: Clerk U.S.D.C. S.D.N.Y.