UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSE MELINA HERNANDEZ,             :

                                                          :     ORDER OF DISCONTINUANCE
                    Plaintiff,                     :     07 Civ. ~~3922~~ (GWG)
                                                          :     5955
       -v.-
                                                          :

                                                          :

ROTUNDA REALTY CORP. et al.,       :

                                                          :

                    Defendant.                 :
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      On October 15, 2007, an order was issued on the parties' consent agreeing to disposition of this matter by the undersigned pursuant to 28 U.S.C. § 636(c). The parties have now reached a settlement of this matter.

      Accordingly, it is hereby ORDERED that this action is dismissed without costs (including attorney's fees) to either party and without prejudice to restoration of the action to the calendar of the undersigned within 30 days of the date of this Order if in fact there is any dispute regarding the settlement of this matter. If either party wishes to reinstate this matter, the party must make a letter application to the undersigned before the 30-day period expires.

      The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the next 30 days with a request that the agreement be "so ordered" by the Court.

      SO ORDERED.

Dated: November 14, 2007
      New York, New York

                                                        GABRIEL W. GORENSTEIN
                                                      United States Magistrate Judge