UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSE MOLINA HERNANDEZ, on his own behalf and
others similarly situated.

                         Plaintiff,                    STIPULATION AND
                                                      ORDER OF DISMISSAL

                                                       -against-

Rotunda Realty Corp.,                                    07 CIV 5955
Sonia Essebag, an individual,
and Rose-Ann Weinstein, an individual,                Filed Electronically

                        Defendants.
------------------------------------------------------------X

      IT IS HEREBY STIPULATED AND AGREED, by and between the parties in the above captioned action, through the undersigned counsel, that the action (and all claims and causes of action that were or could have been asserted in it) be withdrawn, discontinued and dismissed, with prejudice, in accordance with Rule 41 of the Federal Rules of Civil Procedure.

_____           Dated: _11/13/_, 2007
HELEN F. DALTON & ASSOCIATES, P.C.
Roman Avshalumov (RA 5508)
69-12 Austin Street
Forest Hills, NY 11375
(718) 263-9591
Attorneys for Plaintiff

_____           Dated: _11/26/07_, 2007
Feder Kasovitz Isaacson Weber Skala Bass & Rhine, L.L.P.
Gabriel Kaszovitz (GK 3225)
750 Lexington Avenue
New York, NY 10022
Telephone 212.888.8200

**SO ORDERED.**

Dated: _____, 2007                        _____
                                                                            United States District Judge